No. 64069.—Ford Motor Company *v.* United States, protest 59/18782 (New York).

Opinion by RAO, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.